IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD F. SOBRILSKI,
    Petitioner,

vs.                                          Case No. 3:08cv417/LAC/EMT

WARDEN SCOTT FISHER,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 23, 2008 (Doc. 4). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of the objections filed.

    Having considered the report and recommendation, and the timely filed objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The petition for writ of habeas corpus under § 2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to afford Petitioner an opportunity to exhaust his administrative remedies in accordance with BOP procedures.

    **DONE AND ORDERED** this 9th day of October, 2008.

                                                      s/_L.A. Collier_
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**